IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MADISON SIMPSON,[1] | § | |
| | § | No. 186, 2026 |
| Respondent Below, | § | |
| Appellant, | § | Court Below–Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CS14-01452 |
| JEREMY MITCHELL SR., | § | Petition No. 25-04860 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: July 20, 2026
Decided: July 30, 2026

**<u>ORDER</u>**

On May 8, 2026, Madison Simpson filed a notice of appeal from the Family Court's custody-modification order dated April 10, 2026. On June 6, the Court denied Simpson's petition to proceed *in forma pauperis*. That same day, the Chief Deputy Clerk instructed Simpson to pay the Court's filing fee by June 25, or a notice to show cause would issue. Simpson failed to pay the filing fee. Simpson also failed to pay the Family Court's filing and transcript fees. On June 29, the Chief Deputy Clerk issued a notice, sent by certified mail, directing Simpson to show cause why this appeal should not be dismissed for her failure to pay the Court's filing fee or the Family Court's filing and transcript fees. Simpson received the notice on July 7. A

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

timely response was due on or before July 17. To date, Simpson has not responded to the notice to show cause, paid the Court's filing fee, or paid the Family Court's filing and transcript fees. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b) and 29(b).

BY THE COURT:


*/s/ Collins J. Seitz, Jr.*
Chief Justice